IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Huawei Investment & Holding Co., Ltd.,<br>Huawei Technologies Co., Ltd.,<br>Huawei Technologies USA Inc.,<br>Huawei Device Co. Ltd. (f/k/a Huawei Device (Dongguan) Co.),<br>Huawei Device (Shenzhen) Co., Ltd. (f/k/a Huawei Device Co., Ltd.),<br>Huawei Device USA, Inc.<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:20-cv-543<br>CIVIL ACTION NO. 6:20-cv-544<br><br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING STIPULATION TO DISMISS

Having considered the parties' stipulation to dismiss certain defendants, the Court finds the motion should be GRANTED. It is therefore ORDERED that the following defendants are dismissed without prejudice and with no award of fees or costs to any party:

　　a. Huawei Investment & Holding Co., Ltd.,
　　b. Huawei Device Co. Ltd. (f/k/a Huawei Device (Dongguan) Co.),
　　c. Huawei Device (Shenzhen) Co., Ltd. (f/k/a Huawei Device Co., Ltd.),
　　d. Huawei Device USA, Inc.

DATE: August 15, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE