**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,** | |
| **Plaintiff,** | **C.A. No. 6:20-cv-00544-ADA** |
| **v.** | **JURY TRIAL DEMANDED** |
| **HUAWEI INVESTMENT & HOLDING CO., LTD., HUAWEI TECHNOLOGIES CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI DEVICE CO. LTD. (F/K/A HUAWEI DEVICE (DONGGUAN) CO.), HUAWEI DEVICE (SHENZHEN) CO., LTD. (F/K/A HUAWEI DEVICE CO., LTD.), HUAWEI DEVICE USA, INC.** | |
| **Defendants.** | |

**NOTICE OF APPEARANCE OF COUNSEL**

TO THE HONORABLE COURT:

Defendants hereby notify the Court that **J. Mark Mann** of Mann | Tindel | Thompson, 300 West Main Street, Henderson, Texas 75652 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Defendants, Huawei Technologies Co., Ltd., and Huawei Technologies USA Inc. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Dated: September 15, 2020                    Respectfully submitted,


                                   By: _____*/s/ J. Mark Mann*_____
                                        **J. Mark Mann**
                                        State Bar No. 12926150
                                        mark@themannfirm.com
                                        **G. Blake Thompson**
                                        State Bar No. 24042033
                                        blake@themannfirm.com
                                        **MANN | TINDEL | THOMPSON**
                                        300 West Main Street
                                        Henderson, Texas 75652
                                        (903) 657-8540
                                        (903) 657-6003 (fax)

                                        **ATTORNEYS FOR DEFENDANTS**


## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 15th day of September, 2020.


                                        _____*/s/ J. Mark Mann*_____
                                        **J. Mark Mann**