IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>         **Plaintiff,**<br><br>     v.<br><br>**HUAWEI INVESTMENT & HOLDING CO., LTD., HUAWEI TECHNOLOGIES CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI DEVICE CO. LTD. (F/K/A HUAWEI DEVICE (DONGGUAN) CO.), HUAWEI DEVICE (SHENZHEN) CO., LTD. (F/K/A HUAWEI DEVICE CO., LTD.), HUAWEI DEVICE USA, INC.**<br><br>         **Defendants.** | C.A. No. 6:20-cv-00544-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Defendants hereby notify the Court that **G. Blake Thompson** of Mann | Tindel | Thompson, 300 West Main Street, Henderson, Texas 75652 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Defendants, Huawei Technologies Co., Ltd., and Huawei Technologies USA Inc. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Dated: September 15, 2020	Respectfully submitted,

        By:	*/s/ G. Blake Thompson*
            **G. Blake Thompson**
            State Bar No. 24042033
            blake@themannfirm.com
            **J. Mark Mann**
            State Bar No. 12926150
            mark@themannfirm.com
            **MANN | TINDEL | THOMPSON**
            300 West Main Street
            Henderson, Texas 75652
            (903) 657-8540
            (903) 657-6003 (fax)

            **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 15th day of September, 2020.

            */s/ G. Blake Thompson*
            **G. Blake Thompson**