# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>*Plaintiff,*<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD. and HUAWEI TECHNOLOGIES USA INC.,<br>*Defendants.* | § § § § § § § § § § § § § § | CIVIL ACTION 6:20-cv-00533-ADA<br>CIVIL ACTION 6:20-cv-00534-ADA<br>CIVIL ACTION 6:20-cv-00535-ADA<br>CIVIL ACTION 6:20-cv-00536-ADA<br>CIVIL ACTION 6:20-cv-00537-ADA<br>CIVIL ACTION 6:20-cv-00538-ADA<br>CIVIL ACTION 6:20-cv-00539-ADA<br>CIVIL ACTION 6:20-cv-00540-ADA<br>CIVIL ACTION 6:20-cv-00541-ADA<br>CIVIL ACTION 6:20-cv-00542-ADA<br>CIVIL ACTION 6:20-cv-00543-ADA<br>CIVIL ACTION 6:20-cv-00544-ADA |

## [DRAFT] *MARKMAN* PROCEDURE

Pursuant to the Court's Order Governing Proceedings, and the limits on the number of claim terms to be construed and page limits for *Markman* briefs contained therein, the following grouping of the twelve cases and the patents asserted therein will apply for purposes of the *Markman* proceedings, as if the groups below were individual cases:

- **Group 1**:

The -537 and -539 cases;

- **Group 2:**

The -541 and -544 cases;

- **Group 3**:

The -540, -543, -533, and -535 cases;

- **Group 4**

The -534, -538, -536, and -542 cases.