# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-533-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § § | |
| Defendants. | § § | |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | NO. 6:20-CV-534-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § § | |
| Defendants. | § § | |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | NO. 6:20-CV-535-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § § | |
| Defendants. | § § | |

1

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | NO. 6:20-CV-536-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § § | |
| Defendants. | § § | |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | NO. 6:20-CV-537-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § § | |
| Defendants. | § § | |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | NO. 6:20-CV-538-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>   Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO. LTD.,<br>ET AL.<br><br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 6:20-CV-539-ADA |
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>   Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO. LTD.,<br>ET AL.<br><br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 6:20-CV-540-ADA |
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>   Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO. LTD.,<br>ET AL.<br><br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 6:20-CV-541-ADA |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>      Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO. LTD., ET AL.<br><br>      Defendants. | § § § § § § § § § § § § § | NO. 6:20-CV-542-ADA |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>      Plaintiff,<br><br>v.<br><br>HUAWEI INVESTMENT & HOLDING CO., LTD.,<br><br>      Defendants. | § § § § § § § § § § § § § | NO. 6:20-CV-543-ADA |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>      Plaintiff,<br><br>v.<br><br>HUAWEI INVESTMENT & HOLDING CO., LTD.,<br><br>      Defendants. | § § § § § § § § § § § § § | NO. 6:20-CV-544-ADA |

## DEFENDANTS' IDENTIFICATION OF EXTRINSIC EVIDENCE

Pursuant to the deadline set forth in the Scheduling Order, Defendants (collectively, "Huawei" or "Defendants") hereby identify the following extrinsic evidence, including expert testimony, that Huawei may rely on with respect to the claim construction or contention of indefiniteness for the asserted claims of U.S. Patent Nos. 6,882,627 ("the '627 Patent"), 7,095,713 ("the '713 Patent"), 7,508,755 ("the '755 Patent"), 7,515,546 ("the '546 Patent"), 7,860,512 ("the '512 Patent"), 7,872,973 ("the '973 Patent"), 8,200,224 ("the '224 Patent"), 8,417,112 ("the '112 Patent"), 9,084,199 ("the '199 Patent"), 8,249,446 ("the '446 Patent"), 6,999,727 ("the '727 Patent"), and 8,429,480 ("the '480 Patent"). Huawei reserves the right to update, supplement, revise, or otherwise modify this identification of extrinsic evidence as claim construction progresses and/or to rely on the extrinsic evidence identified by Plaintiff.

The '627 Patent (the -533 case):

- The testimony of Dr. Tal Lavian on the indefiniteness of claims 29 and 30 of the '627 Patent;
- Definitions of "topology" and "virtual" from Newton's Telecom Dictionary, 17th Edition (2001);

The '713 Patent (the -534 case):

- N/A;

The '755 Patent (the -535 case):

- The testimony of Dr. Tal Lavian on the indefiniteness of claims 8, 20, 23, and 25 of the '755 Patent;

The '546 Patent (the -536 case):

- N/A;

The '512 Patent (the -537 case):

- N/A;

The '973 Patent (the -538 case):

- The testimony of Dr. Tal Lavian on the indefiniteness of claims 1 and 9 of the '973 Patent;

The '224 Patent (the -539 case):

- N/A;

The '112 Patent (the -540 case):

- N/A;

The '199 Patent (the -541 case):

- N/A;

The '446 Patent (the -542 case):

- N/A;

The '727 Patent (the -543 case):

- The testimony of Dr. Vishal Sharma on the indefiniteness of claims 4, 5, 6 and 7 of the '727 Patent;

The '480 Patent (the -544 case):

- The testimony of Dr. James Proctor, Jr. on the indefiniteness of claim 2 of the '480 Patent;
- 3GPP Standards documents, including TS36.213 V.8.3.0, TS36.300 V.8.1.0, and TS36.321 V.8.2.0, and any earlier or later version with the same or similar disclosures:

- EP 2201717 B1 and its prosecution history.[1]

In addition to the extrinsic evidence identified above, Defendants reserve the right to rely on Plaintiff's Preliminary Infringement Contentions, sworn testimony from the named inventors to the patents-in-suit in this or any related litigation involving the patents-in-suit or their foreign counterparts, and any materials from any other administrative proceedings or litigations involving the patents-in-suit or their foreign counterparts, including the following:

- IPR2021-00222, IPR2021-00223, IPR2021-00224, IPR2021-00225, IPR2021-00226, IPR2021-00227, IPR2021-00228, and IPR2021-00229:

- Litigation materials from *WSOU Investments, LLC v. Huawei Technologies Deutschland GmbH*, Case No. 4a O 8/20, Düsseldorf District Court, involving EP 1835673 B1 (DE 60 2004 033 134.1), which is a foreign counterpart to the '713 Patent;

- Litigation materials from *WSOU Investments LLC v. Huawei Technologies Deutschland GmbH*, Case No. 7 O 18410/19, Munich Regional Court I, involving EP 2203014B1, which is foreign counterpart to the '224 Patent;

- Litigation materials from *WSOU Investments LLC v. Huawei Technologies Deutschland GmbH*, Case No. 4c O 78/19, Dusseldorf Regional Court, involving EP 1643700B1, which is a foreign counterpart to the '199 Patent;

Dated:  January 15, 2021               Respectfully submitted,

                                       */s/ Jason W. Cook*
                                       Jason W. Cook
                                       Texas Bar No. 24028537
                                       Shaun W. Hassett
                                       Texas Bar No. 24074372
                                       **McGuireWoods LLP**
                                       2000 McKinney Avenue, Suite 1400
                                       Dallas, TX 75201
                                       Telephone: (214) 932-6400
                                       jcook@mcguirewoods.com
                                       shassett@mcguirewoods.com

---

[1] While foreign patents and their respective prosecution histories are generally considered intrinsic evidence to a U.S. patent, Defendants are identifying this evidence here in the event the Court were to determine this evidence is extrinsic to the '480 Patent.

Tyler T. VanHoutan
Texas Bar No. 24033290
**McGuireWoods LLP**
600 Travis St., Suite 7500
Houston, TX 77002
Telephone: (713) 571-9191
tvanhoutan@mcguirewoods.com

J. Mark Mann
Texas Bar No. 12926150
G. Blake Thompson
Texas Bar No. 24042033
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
Telephone: (903) 657-8540
mark@themannfirm.com
blake@themannfirm.com

*Counsel for Defendants Huawei Technologies Co., Ltd., Huawei Technologies USA, Inc., Huawei Device Co. Ltd. (f/k/a Huawei Device (Dongguan) Co.), Huawei Device (Shenzhen) Co., Ltd. (f/k/a Huawei Device Co. Ltd.) and Huawei Device USA*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all counsel of record who are deemed to have consented to electronic service via electronic mail on January 15, 2021.

/s/ Shaun W. Hassett
Shaun W. Hassett